U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 DEC 19 PM 3: 46

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

In Re: Application for Exemption from    )
the Electronic Public Access Fees        )      Misc. Case No. 2:25-mc-178
by David Rosen                           )

This matter is before the court upon the application and request by David Rosen for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The court finds that David Rosen as an associate professor at the University of North Carolina at Chapel Hill falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, David Rosen has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, David Rosen shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his research at University of North Carolina at Chapel Hill. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1.    this fee exemption applies only to David Rosen and is valid only for the purposes stated above;
2.    this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3.    by accepting this exemption, David Rosen agrees not to sell for profit any data obtained as a result of receiving this exemption;
4.    David Rosen is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5.    this exemption is valid until December 2027.

This exemption may be revoked at the discretion of the court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated at Burlington, in the District of Vermont, this 19th day of December, 2025.

Christina Reiss, Chief Judge
United States District Court